# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial)<br><br>Reeves, Danny C. | 2. Court or Organization<br><br>US Dist.Ct., ED of KY | 3. Date of Report<br><br>08/06/2001 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.District Judge – Nominee | 5. Report Type (check type)<br><br>X Nomination, Date 08/02/2001<br><br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br>01/01/2000<br>to<br>07/15/2001 |
| 7. Chambers or Office Address<br><br>Greenebaum Doll & McDonald<br><br>333 West Vine St., Suite 1400<br><br>Lexington, Kentucky 40507 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | Member | Greenebaum Doll & McDonald, PLLC |
| 2 | | |
| 3 | | |

## II. AGREEMENTS  (Reporting individual only; see pp.14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☐ NONE (No reportable agreements.) | |
| 1 | 04/30/95 | Danny C. Reeves – Greenebaum Doll & McDonald; Membership Agreement provides for return of paid-in capital upon resignation from firm. |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME  (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 12-31-00 | Self-Employment Earnings – Greenebaum Doll & McDonald, PLLC | $300,948 |
| 2 | 12-31-99 | Self-Employment Earnings – Greenebaum Doll & McDonald, PLLC | $201,062 |
| 3 | 12-31-00 | Interest – Bank One | $245 |
| 4 | 12-31-00 | Interest – Republic Bank | $357 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE (No such reportable reimbursements.) | | |
| 1 | | Exempt |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ NONE (No such reportable gifts.) | | | |
| 1 | | Exempt | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ NONE (No reportable liabilities.) | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
  O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Danny C. | 08/06/2001 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE  (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  Fifth Third U. S. Treasury Money Market Fund (I) | C | Interest | L | T | Exempt | | | | |
| 2  U. S. Treasury Bonds | | None | K | T | Exempt | | | | |
| 3  U. S. Treasury Bonds | | None | J | T | Exempt | | | | |
| 4  U. S. Treasury Bonds | | None | J | T | Exempt | | | | |
| 5  First USA Bank NA, Wilmington Certificate of Deposit | A | Interest | J | T | Exempt | | | | |
| 6  Household Bank FSB Certificate of Deposit | A | Interest | J | T | Exempt | | | | |
| 7  Household Bank FSB Certificate of Deposit | A | Interest | J | T | Exempt | | | | |
| 8  Manufactors Certificate of Deposit | A | Interest | | | Exempt | | | | |
| 9  XY Providian NB Certificate of Deposit | A | Interest | J | T | Exempt | | | | |
| 10  Adobe Systems Inc. (Common Stock) | | None | J | T | Exempt | | | | |
| 11  Altera Corp. (Common Stock) | | None | J | T | Exempt | | | | |
| 12  American Power Conversion Corp. (Common Stock) | | None | J | T | Exempt | | | | |
| 13  Applied Materials Inc. (Common Stock) | | None | J | T | Exempt | | | | |
| 14  Applied Micro Circuits Corp. (Common Stock) | | None | J | T | Exempt | | | | |
| 15  AOL Time Warner (formerly, AOL) Common Stock | | None | J | T | Exempt | | | | |
| 16  Arch Coal Inc. (Common Stock) | A | Dividend | J | T | Exempt | | | | |
| 17  Atmel Corp. (Common Stock) | | None | J | T | Exempt | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18  AT&T Corp. (Common Stock) | | None | J | T | Exempt | | | | |
| 19  Avaya Inc. (Common Stock) | | None | J | T | Exempt | | | | |
| 20  Caterpillar Inc. (Common Stock) | | None | J | T | Exempt | | | | |
| 21  Central Parking Corp. (Common Stock) | A | Dividend | J | T | Exempt | | | | |
| 22  Cisco Systems Inc. (Common Stock) | | None | J | T | Exempt | | | | |
| 23  Coca Cola Co. (Common Stock) | A | Dividend | J | T | Exempt | | | | |
| 24  Du Pont E I De Nemours & Co. (Common Stock) | | None | J | T | Exempt | | | | |
| 25  Eastman Kodak Co. (Common Stock) | | None | J | T | Exempt | | | | |
| 26  First Trust Unit 333 Dow Target 10 Mutual Fund | A | Dividend | | | Exempt | | | | |
| 27  First Trust Unit 333 S&P Target 10 Mutual Funds | A | Dividend | | | Exempt | | | | |
| 28  First Trust Unit 333 NASDAQ Target 15 Mutual Funds | | None | | | Exempt | | | | |
| 29  First Trust Unit 427 Dow Target 10 Mutual Fund | A | Dividend | | | Exempt | | | | |
| 30  First Trust Unit 427 S&P Target 10 Mutual Fund | | None | J | T | Exempt | | | | |
| 31  First Trust Unit 427 NASDAQ Target 15 Mutual Fund | | None | | | Exempt | | | | |
| 32  Finova Group Inc. (formerly, Sirrom Cap. Corp.) (Common | A | Dividend | | | Exempt | | | | |
| 33  General Motors Corp. (Common Stock) | | None | J | T | Exempt | | | | |
| 34  GTE Corp. (Common Stock) | A | Dividend | | | Exempt | | | | |

1 Inc/Gain Codes:  A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII Page 3 INVESTMENTS and TRUSTS-- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35  Home Depot Inc. (Common Stock) | A | Dividend | J | T | Exempt | | | | |
| 36  Intel Corp. (Common Stock) | | None | J | T | Exempt | | | | |
| 37  International Paper (Common Stock) | | None | J | T | Exempt | | | | |
| 38  J P Morgan Chase & Co. (Common Stock) | | None | J | T | Exempt | | | | |
| 39  LG&E Energy Corp. (Common Stock) | A | Dividend | | | Exempt | | | | |
| 40  Lucent Technologies, Inc. (Common Stock) | A | Dividend | J | T | Exempt | | | | |
| 41  Morgan Keegan Cash Account | | None | J | T | Exempt | | | | |
| 42  Microsoft Corp. (Common Stock) | | None | J | T | Exempt | | | | |
| 43  Minnesota Mining & Manufacturing Co. (Common | | None | J | T | Exempt | | | | |
| 44  Network Appliance Inc. (Common Stock) | | None | J | T | Exempt | | | | |
| 45  Oracle Systems Corp. (Common Stock) | | None | J | T | Exempt | | | | |
| 46  PaineWebber RMA Money Mkt., formerly JC Bradford Money Fnd | A | Interest | J | T | Exempt | | | | |
| 47  Palm Corporation (Common Stock) | | None | J | T | Exempt | | | | |
| 48  Philip Morris Cos. Inc. (Common Stock) | A | Dividend | J | T | Exempt | | | | |
| 49  PMC Sierra, Inc. (Common Stock) | | None | J | T | Exempt | | | | |
| 50  Qlogic Corp. (Common Stock) | | None | J | T | Exempt | | | | |
| 51  Republic Bank Corp. Inc. Class A. (Common Stock) | A | Dividend | J | T | Exempt | | | | |

| 1 Inc/Gain Codes: (Col. BI, D4) | A=$1,000 or less  F=$50,001-$100,000 | B=$1,001-$2,500  G=$100,001-$1,000,000 | C=$2,501-$5,000  H1=$1,000,001-$5,000,000 | D=$5,001-$15,000  H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less  O=$500,001-$1,000,000 | K=$15,001-$50,000  P1=$1,000,001-$5,000,000 | L=$50,001-$100,000  P2=$5,000,001-$25,000,000 | M=$100,001-$250,000  P3=$25,000,001-$50,000,000 | N=$250,001-$500,000  P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal  U=Book Value | R=Cost (real estate only)  V=Other | S=Assessment  W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Danny C. | 08/06/2001 |

## VII. Page 4 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 RF Micro Devices Inc. (Common Stock) | | None | J | T | Exempt | | | | |
| 53 SBC Communications Inc. (Common Stock) | | None | J | T | Exempt | | | | |
| 54 Siebel Systems Inc. (Common Stock) | | None | J | T | Exempt | | | | |
| 55 3Com Corp. (Common Stock) | | None | J | T | Exempt | | | | |
| 56 US Bancorp. (formerly, FirstStar Corp.) - (Common | A | Dividend | J | T | Exempt | | | | |
| 57 United Parcel Service Inc. (Common Stock) | A | Dividend | J | T | Exemmpt | | | | |
| 58 Vencor Inc. (Common Stock) | | None | | | Exempt | | | | |
| 59 Ventas Inc. (Common Stock) | A | Dividend | J | T | Exempt | | | | |
| 60 Verizon Communications (GTE Corp.) (Common Stock) | A | Dividend | J | T | Exempt | | | | |
| 61 Worldcom Inc. - Worldcom Group (Common Stock) | | None | J | T | Exempt | | | | |
| 62 Worldcom Inc.- MCI Group (Common Stock) | | None | J | T | Exempt | | | | |
| 63 XILink Inc. (Common Stock) | | None | J | T | Exempt | | | | |
| 64 Smith Barney Appreciation Series A (now, incl. B series) | A | Dividend | K | T | Exempt | | | | |
| 65 Smith Barney Appreciation Series B Mutual Funds | B | Dividend | | | Exempt | | | | |
| 66 Smith Barney Fundamental Value Series A Mutual Funds | C | Dividend | K | T | Exempt | | | | |
| 67 Smith Barney Fundamental Value Series B Mutual Funds | B | Dividend | J | T | Exempt | | | | |
| 68 Smith Barney Money Funds | A | Interest | J | T | Exempt | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Reeves, Danny C. | 08/06/2001 |

## VII. Page 5 INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 Van Kampen Focus Port. Unit 136 Pharm. Mutual Fund | B | Dividend | | | Exempt | | | | |
| 70 Van Kampen Focus Port. Unit 136 Telecom. Mutual Fund | B | Dividend | | | Exempt | | | | |
| 71 Van Kampen Focus Port. Unit 150 Banking Series 6 Mutual | B | Dividend | | | Exempt | | | | |
| 72 Vanguard Index Trust 500 Portfolio FD #40 Mutual Fund | A | Dividend | L | T | Exempt | | | | |
| 73 Veredus Funds Aggressive Growth Mutual Fund | D | Dividend | K | T | Exempt | | | | |
| 74 Kentucky Teacher Retirement System | A | Interest | J | T | Exempt | | | | |
| 75 Kentucky Retirement System | A | Interest | J | T | Exempt | | | | |
| 76 Principal Capital Value Fund, Inc (A) - Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 77 Principal Capital Value Fund, Inc. (R) - Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 78 | | | | | | | | | |
| 79 | | | | | | | | | |
| 80 | | | | | | | | | |
| 81 | | | | | | | | | |
| 82 | | | | | | | | | |
| 83 | | | | | | | | | |
| 84 | | | | | | | | | |
| 85 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,000-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |